### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **Criminal Action No. 2014-00029** |
| **MICHAEL BOYCE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**Attorneys:**
**Rhonda Williams-Henry, Esq.,**
**Alphonso G. Andrews, Jr., Esq.,**
St. Croix, U.S.V.I.
   *For the Government*

**Yvette D. Ross-Edwards, Esq.,**
St. Croix, U.S.V.I.
   *For the Defendant*

### ORDER

**UPON CONSIDERATION** of Defendant's "Motion *in Limine* to Preclude the Admission of Bureau of Corrections Disciplinary Hearing Records and Statements made by Defendant at Disciplinary Hearing and any Testimony Related Thereto" (Dkt. No. 71), "Motion to Suppress Cell Phone Records" (Dkt. No. 74), "Motion to Suppress Statements" (Dkt. No. 75), the Government's responses thereto (Dkt. Nos. 86, 87, 88), the evidence adduced at the consolidated hearing, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's "Motion *in Limine* to Preclude the Admission of Bureau of Corrections Disciplinary Hearing Records and Statements made by Defendant at Disciplinary Hearing and any Testimony Related Thereto" is **GRANTED**; and it is further

2

**ORDERED** that Defendant's "Motion to Suppress Cell Phone Records" is **DENIED**; and it is further

**ORDERED** that Defendant's "Motion to Suppress Statements" is **DENIED**.

**SO ORDERED.**

Date:  February 26, 2015

_____/s/_____
RAYMOND L. FINCH
Senior District Judge