DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) CRIMINAL NO. 2014/0029 | |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| ) | |
| MICHAEL BOYCE ) | |
| ) | |
| Defendant ) | |

TO:   Honorable Wilma A. Lewis, Chief Judge
       AUSA   Rami Badawy, AUSA
       Omodare Jupiter, FPD
       U. S. Marshal Service
       U. S. Probation & Pretrial Service

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1 (b) (14) (A) and has entered a plea of guilty to Count(s) __One (1)__ of the Indictment – POSSESSION OF PRISON CONTRABAND (Knife) after cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was/were knowledgeable and voluntary as to each Count and the offense(s) changed is/are supported by in independent basis in fact continuing each of the essential elements of such offense(s). I therefore recommend that the plea(s) of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: March 23, 2015

ENTER:
GEORGE W. CANNON, JR
U. S. MAGISTRATE JUDGE

ATTEST:
GLENDA L. LAKE, ESQ.
Clerk of Court